UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CR00739 RWS (AGF) |
| | ) | |
| BOBBY JAMES WILLIAMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court for a status hearing on June 27, 2008, at which Defendant and counsel for both parties were present. At the hearing, Defendant confirmed his desire to continue to be represented by an attorney in this matter, and further confirmed his desire to attempt to work out any issues he may have with his current counsel, who was retained by Defendant. The Court advised Defendant that so long as he is represented by counsel, any pretrial motions must be filed by such counsel, and that pretrial motions filed pro se will not be accepted for filing.

Accordingly,

**IT IS HEREBY ORDERED** that the Pro Se Motion to Dismiss Indictment [Doc. #206] filed by Defendant be stricken as a filing in the Court record, and be retained in the record for informational purposes only.

**IT IS FURTHER ORDERED** that Defendant Williams shall have until **July 14, 2008**, to file any additional pretrial motions he may seek to raise. Defendant shall not be entitled to reassert any suppression motions already considered by this Court. If

Defendant seeks to retain substitute counsel in connection with the filing of any such additional motions, he must do so promptly. As the Court advised Defendant at the conference, the deadline set forth herein shall be Defendant's final opportunity to file pretrial motions within the scope of the Court's Order Concerning Pretrial Motions [Doc. #150].

                                            /s/ Audrey G. Fleissig
                                            AUDREY G. FLEISSIG
                                            UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of June, 2008.